In the Matter of LUCILLE A. SOLDATO, Commissioner of Social Services, Assignee, on Behalf of CORRINE MURDOCK, Respondent, v KENNEDY HYDE, Appellant. [986 NYS2d 373]—Appeal from an order of the Family Court, Oneida County (James R. Griffith, J.), entered March 14, 2013 in a proceeding pursuant to Family Court Act article 4. The order, among other things, found respondent to be in willful violation of an order of support.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Fahey, Lindley, Valentino and Whalen, JJ.

 In the Matter of AGNES SARAGO, Respondent, v JOSEPH SARAGO, Appellant. [986 NYS2d 373]—Appeal from an order of the Family Court, Erie County (Kevin M. Carter, J.), entered April 11, 2013 in a proceeding pursuant to Family Court Act article 8. The order, among other things, directed respondent to stay away from petitioner.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Fahey, Lindley, Valentino and Whalen, JJ.

 ROBBY M. ROBINSON, Respondent, v MEDART, INC., Appellant. [984 NYS2d 904]—Appeal from an order of the Supreme Court, Onondaga County (Brian F. DeJoseph, J.), entered June 26, 2013. The order, insofar as appealed from, denied in part the motion of defendant for summary judgment dismissing the complaint.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on April 16, 2014,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Scudder, P.J., Fahey, Lindley, Valentino and Whalen, JJ.